UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                          Case No. 97-16731-BKC-RAM
                                                Chapter 7

L. LURIA & SON, INC.

_____ Debtor. _____/

### NOTICE OF DEPOSIT OF FUNDS WITH THE
### U.S. BANKRUPTCY COURT CLERK

Notice is hereby given that:

(X)  The trustee has a balance of $28,458.82 remaining in the trustee's account which represents checks drawn and mailed to entities pursuant to a distribution under U.S.C. §§ 726, 1226 or 1326 in a case under chapter 7, 12 or 13. The trustee has made a good faith effort to verify the correct mailing addresses for said entities and deliver the funds before presenting this notice.

OR

( )  The trustee has a balance of ____ remaining in the trustee's account which represents small dividends as defined by Bankruptcy Rule 3010.

Listed below, pursuant to Bankruptcy Rule 3011, are the names, claim numbers and addresses of the claimants and the amount to which each is entitled.

WHEREFORE, the trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Dated: 10/12/06

JAMES S. FELTMAN, Trustee
One Biscayne Tower, Suite 1800
Miami, FL 33131
(305) 416-3316

Copies to:
U.S. Trustee

LF-26 (rev. 12/01/98)

L. Luria & Son, Inc., Liquidating Trust

Exhibit A

| Claim Number | Check No. | Claimant Name | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Amount of Disbursement |
|---|---|---|---|---|---|---|---|---|
| 5 | 1472 | NBC Stations Management, Inc. | c/o Richard Stone | 2950 SW 27th Avenue Suite 210 | Miami | FL | 33133 | $388.98 |
| 6 | 1473 | Post-NewsWeek Station Fl., Inc. | c/o Richard Stone | 2950 SW 27th Avenue Suite 210 | Miami | FL | 33133 | $222.69 |
| 11 | 1478 | WTVT-Channel 13 | P.O. Box 30025 | | Tampa | FL | 33630 | $62.06 |
| 15 | 1479 | Entre Nosotros | 2000 Towerside Terrace | #401 | Miami | FL | 33138 | $9.71 |
| 16 | 1480 | Florida Lease Associates, Ltd. | c/o Garcia & Cope PA | 433 Plaza Real # 365 | Boca Raton | FL | 33432 | $354.35 |
| 28 | 1488 | Litho-Graphics | 1755 W. 40th St. | | Hialeah | FL | 33012 | $37.37 |
| 29 | 1489 | U.S. Electrics of South FL | c/o Jerry Abel | 250A Center Court | Venice | FL | 34293 | $30.63 |
| 32 | 1492 | Concepts 4 Formglas USA | 70 Park Street | | Beverly | MA | 01915 | $12.36 |
| 36 | 1496 | Murray M. Braunstein Inc. | 104 West 29th Street 9th Floor | | New York | NY | 10001 | $112.43 |
| 37 | 1497 | Speidel Textron | 70 Ship Street | | Providence | RI | 02903 | $15.83 |
| 38 | 1498 | Bag Lady Dolls, Inc. | 4392 SW 74th Avenue | | Miami | FL | 33155 | $19.09 |
| 39 | 1499 | Kamenstein Imports | 399 Executive Blvd. | | Elmsford | NY | 10523 | $15.34 |
| 50 | 1504 | LRX, Inc. | c/o/ Jospeh Glick | 9703 S. Dixie Hwy | Miami | FL | 33156 | $1,471.26 |
| 53 | 1507 | Abtron USA Inc. | 277 NE 201 Terrace | | N. Miami Beach | FL | 33179 | $344.04 |
| 54 | 1508 | SunTrust Bank, Atlanta | P.O. Box 4418 #662 | | Atlanta | GA | 30302 | $27.53 |
| 60 | 1514 | Reston Lloyd, Ltd | Attn: Michael Owens | P.O. Box 2302 | Reston | VA | 20195 | $23.48 |
| 67 | 1518 | Chronos Clock Corporation | 100 Erich Krause Dr. | | Forest | VA | 24551 | $50.24 |
| 70 | 1520 | Presto Roofing Corp. | 1010 Ali Baba Ave | | Opa-Locka | FL | 33054 | $16.68 |
| 71 | 1521 | Hillsdale House Ltd | | | | | | $83.62 |
| 76 | 1526 | Fort Pierce Utilities Authority | P.O. Box 3191 | | Fort Pierce | FL | 34948 | $8.19 |
| 79 | 1529 | WFLZ-FM Jacor Broadcasting | File 91680 | | Charlotte | NC | 28201 | $26.04 |
| 83 | 1531 | Bodum, Inc. | 2920 Wolff Street | | Racine | WI | 53404 | $22.21 |
| 84 | 1532 | Elcom Technologies, Corp. | 307 E Church Rd | | King of Prussia | PA | 19406 | $103.81 |
| 87 | 1535 | Knowlton Cosmetics International | 1415 32nd Avenue | | Montreal Quebec | Canada | H8T 3J1 | $362.03 |
| 88 | 1536 | Click Clack USA | 1200 Windsor Avenue | | Longwood | CA | 32750 | $28.19 |
| 94 | 1539 | Golden Gate Gems Guaranteed | San Francisco Gift Center | 888 Brannon Street Room 3030 | San Francisco | CA | 94103 | $29.95 |
| 96 | 1541 | Finova Capital Corp | 111 W 40 St | | New York | NY | 10018 | $5.79 |
| 98 | 1543 | Douglas Furniture of California, Inc. | 4000 Redondo Beach Avenue | | Redondo Beach | CA | 90278 | $114.80 |
| 103 | 1545 | Richmond Lighting/JB Hirsch | Attn: Bill Porfido | 111 Rome Street | Newark | NJ | | $146.47 |
| 105 | 1546 | Golden Harvest Products, Inc. | Attn: Bud MacDonald | 3421 Merriam Lane | Overland Park | KS | 66203 | $37.17 |
| 108 | 1549 | Aiwa America, Inc. | 800 Corporate Dr. | | Mahwah | NJ | 07430 | $103.88 |
| 112 | 1552 | Kimball & Young, Inc. | 2142 C Rheem Drive | | Pleasanton | CA | 94588 | $53.72 |
| 114 | 1554 | WAQI-AM/WRTO-FM/WAMR-FM | 2828 Coral Way | | Miami | FL | 33145 | $23.35 |
| 116 | 1556 | WTMI | 3225 Aviation Ave | | Miami | FL | 33133 | $20.33 |
| 123 | 1560 | Simon Sebbag Designs | c/o Denise Perry Sebbag | 250 Catalonia Ave. Suite 706 | Coral Gables | FL | 33134 | $56.78 |
| 129 | 1566 | Future Force Personnel Services | Corporate Headquarters | 5705 NW 158th Street | Miami Lakes | FL | 33014 | $15.44 |
| 132 | 1567 | Singing Machine Co Inc. | 3101 NW 25th Avenue | | Pompano Beach | FL | 33069 | $17.19 |
| 145 | 1574 | LB Goodman Company, Inc. | 314 John Street | | Cincinnati | OH | 45202 | $15.65 |
| 150 | 1579 | Berndes Cookware Inc. | 1200-g Westinghouse Blvd. | | Charlotte | NC | 28273 | $7.33 |
| 154 | 1581 | EB5 | 2232 East Burnside Street | | Portland | OR | 97214 | $63.93 |
| 157 | 1583 | Intercon Merchandising Source, Inc. | 425 South Turnbull Cayon Rd | | City of Industry | CA | 01745 | $81.11 |
| 161 | 1586 | Inverness Corp. | 5120 Belmont Suite P | | Downers Grove | IL | 60515 | $68.48 |
| 162 | 1587 | Catalyst | 7901 Ludlam Road Suite 202 | | Miami | FL | 33143 | $10.48 |
| 164 | 1588 | Helen of Troy LP | 6827 Market Ave | | El Paso | TX | 79915 | $74.69 |
| 166 | 1589 | National Tel | 6363 NW 6th Way, Suite 1000 | | Ft. Lauderdale | FL | 33076 | $13.64 |
| 170 | 1593 | Silver and Blue Stone, Inc. | Attn: Rafael Hirsch | | Santiago | Chile | | $20.45 |
| 175 | 1596 | WQYK 99.5 FM/1010AM | Infinity Broadcasting Corp. of FL | P.O. Box 2119 | St. Petersburg | FL | | $84.04 |
| 176 | 1597 | Scanpan USA, Inc. | 49 Walnut St. | P.O. Box 20087 | Norwood | NJ | 33742 | $7.33 |
| 178 | 1598 | Malden International Designs | 3705 Beach Way | | Cooper City | FL | 07648 | $29.90 |
| 181 | 1601 | Source Services Corp | P.O. Box 970956 | | Dallas | TX | 33026 | $14.76 |
| | | | | | | | 75397 | $12.95 |

Page 1 of 4

L. Luria & Son, Inc., Liquidating Trust

Exhibit A

| Claim Number | Check No. | Claimant Name | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Amount of Disbursement |
|---|---|---|---|---|---|---|---|---|
| 183 | 1603 | Quality Closeouts | 3051 Main Street | | Weirton | WV | 26062 | $5.78 |
| 187 | 1607 | Fournier Furniture Corp | Attn: Matt Pucket | 1 Fournier Place | St. Paul | VA | 24283 | $46.19 |
| 195 | 1612 | AIG Designs | 11415 Old Roswell RD | Attn: G. Berardi | Alpharetta | GA | 30201 | $384.69 |
| 196 | 1613 | Chapal Zenray | 1451 Wycliff Avenue | | Dallas | TX | 75207 | $33.73 |
| 201 | 1618 | Mannington Carpets, Inc. | P.O. Box 195371 | | Atlanta | GA | 30703 | $152.70 |
| 213 | 1625 | Tri-Star Group, Inc. | 6187 NW 167 St. H-13 | | Miami | FL | 33015 | $246.70 |
| 216 | 1628 | WOMX-FM | Nationwaide Communications, Inc. | | Winter Park | FL | 32790 | $8.47 |
| 218 | 1630 | Royal Consumer Business Products | Olivetti Office USA | P.O. Box 8105 | Bridgewater | NJ | 08807 | $281.04 |
| 222 | 1632 | O.R.E. | 1330 Gladys Avenue | 765 US Highway 202 | Long Beach | CA | 90804 | $11.87 |
| 225 | 1635 | Princeton ID Solutions | 1080 Lousons Rd | | Union | NJ | | $11.52 |
| 226 | 1636 | Optiva Corp. | c/o Bob Verille | 15210 Amberly Drive, 911 | Tampa | FL | 33647 | $22.31 |
| 235 | 1642 | J. Raymond & Associates | 280 South SR 434, Suite 2041 | | Altamonte Springs | FL | | $5.24 |
| 238 | 1645 | Browning Ferris Inds | Southeast Florida District | P.O. Box 912043 | Orlando | FL | 32891 | $45.28 |
| 239 | 1646 | Jack Badash Inc. | P.O. Box 237 | | Cedarhurst | NY | 11516 | $25.43 |
| 247 | 1651 | Nestle USA Inc fka Nestle Food Co | Elizabeth M. Sullivan | 800 N Brand Blvd | Glendale | CA | 91203 | $174.24 |
| 251 | 1655 | Running Press Book Publishers | c/o Diane Kan | 3705 Beach Way | Cooper City | FL | 33024 | $20.55 |
| 252 | 1656 | USP Real Estate Investment Trust | c/o Catherine P. McEwen | P.O. Box 3273 | Tampa | FL | 33601 | $1,198.42 |
| 258 | 1659 | Heller Financial, Inc. | 150 E 42 Street | | New York | NY | 10017 | $14.37 |
| 259 | 1660 | Leisure Merchandising Corp | 260 Fifth Ave, 3rd Floor | | New York | NY | 10001 | $24.88 |
| 261 | 1662 | The Zrike Company | Attn: David Zrike | 233 West Parkway | Pompton Plains | NJ | 07444 | $17.04 |
| 262 | 1663 | Goldsport International Corp | Attn Rice Fowler LC | 890 S. Dixie Hwy | Coral Gables | FL | 33146 | $106.31 |
| 263 | 1664 | Eastern | 406 E. John Street | | Lindenhurst | NY | 11757 | $11.65 |
| 269 | 1924 | Cartyle Inc Plus | c/o Gunster Yaokley & Stewart, P.A. | PO Box 4587 | West Palm Beach | FL | 33402 | $441.38 |
| 271 | 1670 | Laser Computer Graphics, Inc. | 6001 NW 153rd Street, Suite 160 | | Miami Lakes | FL | 33014 | $13.31 |
| 272 | 1671 | RPC General SPC, Inc. | c/o Angela Retterbush | 121 W Forsyth St #200 | Jacksonville | FL | 32202 | $1,123.38 |
| 274 | 1672 | RPC General SPC, Inc. | c/o Angela Retterbush | 121 W Forsyth St #200 | Jacksonville | FL | 32202 | $976.83 |
| 276 | 1674 | Ape Distributors | 20801 Biscayne Blvd Suite 301 | | Miami | FL | 33180 | $39.21 |
| 277 | 1675 | Bolle America | 3890 Elm Street | | Denver | CO | 80207 | $25.80 |
| 283 | 1677 | RPC General SPC, Inc. | c/o Angela Retterbush | 121 W Forsyth St #200 | Jacksonville | FL | 32202 | $21.40 |
| 295 | 1683 | Spectrum Diversified Designs, Inc. | 5401 Neimen Pkway | | Solon | OH | 44137 | $25.72 |
| 296 | 1684 | Noritake Co., Inc. | 2452 Stonegate Drive | | Wellington | FL | 33414 | $30.30 |
| 305 | 1690 | Excel Associates | Attn: J. Taylor | 100 Andrews Rd | Hicksville | NY | 11801 | $379.50 |
| 314 | 1691 | Town & Country Fine Jewelry Group | 25 Union St | | Chelsea | MA | 02150 | $20.61 |
| 322 | 1695 | Toner Technologies | | | | | | $18.69 |
| 323 | 1696 | Effie Marie's Specialty Dessert | | | | | | $50.29 |
| 328 | 1698 | B. D"Elia & Son, Inc. | 15 East 26th Street, Suite 1601 | | New York | NY | 10010 | $57.12 |
| 336 | 1699 | Sunset Associates Ltd 154 | c/o S Perry Thomas | 999 Peachtree Street, NE | Atlanta | GA | 30309 | $12.64 |
| 344 | 1701 | Golan Gold Electroforming Ltd ISR | 3 Baruch Hirsh Street | | Bnei Brak | Israel | 51201 | $423.51 |
| 350 | 1703 | Elite Appliances, Ltd | 7824 NW 84th Terrace | Unit 2512 | Tamarac | FL | 33351 | $35.43 |
| 366 | 1705 | Bellsouth Telecommunications, Inc. | c/o Bankruptcy Group | 125 Perimeter Center West #260 | Atlanta | GA | 30346 | $80.51 |
| 383 | 1708 | The Original Cigar Clothing Co | 3650 Coral Ridge Drive #104 | | Coral Springs | FL | 33065 | $34.67 |
| 392 | 1709 | Dazey Products Company | 1 Dazey Circle | | New Century | KS | 66031 | $71.55 |
| 396 | 1710 | Fashion Line, Ltd | 55 West 39 St. Suite 305 | | New York | NY | 10018 | $438.78 |
| 404 | 1715 | Renaissance | Attn: Linda Gordon | 3600 Marshall Lane | Bensalem | PA | 19020 | $333.53 |
| 413 | 1716 | The Extremely Large Plumbing Co | c/o Dan Ferrazza & Associates | 16209 Armstead Lane | Odessa | FL | 33556 | $5.88 |
| 419 | 1717 | Ashley Furniture Industries, Inc. | 2154 Arbour Walk Circle | | Naples | FL | 33436 | $555.78 |
| 422 | 1720 | SunBeam/Consumer Prod. Worldwide | Attn: B Hanson | 1615 Congress Avenue | Delray Beach | FL | 33445 | $707.67 |
| 428 | 1724 | Streets Ahead, Inc. | Attn: Kelly Adams | 10119 W Jefferson Blvd. | Colver City | CA | 90232 | $89.26 |
| 440 | 1729 | Nikko Ceramics | 114-120 Seaview Drive | | Secaucus | NJ | 07094 | $188.32 |
| 446 | 1730 | Northwestern Bell | 11690 Gale Ave | | Miami | FL | 33166 | $102.70 |

L. Luria & Son, Inc., Liquidating Trust

Exhibit A

| Claim Number | Check No. | Claimant Name | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Amount of Disbursement |
|---|---|---|---|---|---|---|---|---|
| 474 | 1737 | Jayrod Studio's Inc. | 10 E 39 Street | | New York | NY | 10016 | $21.16 |
| 476 | 1738 | Joseph Demarco Inc. | c/o Chad Pugatch | 33 NE 2 Street #101 | Ft. Lauderdale | FL | 33101 | $130.85 |
| 479 | 1741 | Ph.D Inc. | Attn Kathy Serverino | 29309 Clayton Avenue | Wickliffe | OH | 44092 | $76.25 |
| 484 | 1744 | Wittnauer International | c/o Frank Roselli | 145 Huguenot Street | New Rochelle | NY | 10802 | $61.73 |
| 486 | 1745 | Sony Electronics, Inc. | Attn: Bob Ozer/Orlando Brown | 14701 NW 77th Avenue | Miami Lakes | FL | 33014 | $194.30 |
| 488 | 1746 | Blue India Inc. | 1180 Avenue of the Americas | | New York | NY | 10036 | $11.28 |
| 506 | 1751 | International Gemmological Inform | 579 Fifth Avenue, Suite 700 | | New York | NY | 10017 | $5.38 |
| 516 | 1755 | Sunshine Jewelry | c/o Howard Kahn | 4000 Hollywood Blvd. #485 | Hollywood | FL | 33021 | $136.28 |
| 518 | 1756 | Lancer Diamond Corp. | c/o Kevin I Schwartz | 2950 SW 27th Avenue Suite 210 | Miami | FL | 33133 | $63.90 |
| 528 | 1759 | Philip Felton | 1288 Bramble Rd, NE | | Atlanta | GA | 30329 | $27.56 |
| 531 | 1761 | Browning Ferris Inds | Boone Waste Ind Inc. | 5002 SW 41 Blvd | Gainesville | FL | 32608 | $24.67 |
| 532 | 1762 | The Alison Company | 640 NE 124 Street | | N. Miami | FL | 33161 | $17.53 |
| 533 | 1763 | Diamond Dimensions (HK) Ltd | 6/F Flat E3 kaiser Estate Phase 1 | 41 Man Yue St | Hunghom Kowloon | Hong Kong | | $71.44 |
| 547 | 1765 | Royal Doulton USA Inc. | 701 Cottontail Lane | | Somerset | NJ | 08873 | $12.28 |
| 568 | 1773 | Delsey Luggage, Inc. | 6735 Business Parkway Suite A | Attn: D J Pohlit | Baltimore | MD | 21227 | $74.97 |
| 569 | 1774 | RPC General SPC, Inc. | c/o Angela Retterbush | 121 W Forsyth St #200 | Jacksonville | FL | 32202 | $1,422.15 |
| 571 | 1775 | BV Jewels | 22 West 48th Street | | New York | NY | 10036 | $138.86 |
| 575 | 1776 | Prime Jewelry, Inc. | c/o Nathanson Devack | 820 Hempstead Turnpike | Franklin Sq. | NY | 11010 | $56.71 |
| 590 | 1781 | Equity One Inc. | c/o Andy Cotzin, Esq. Broad & Cassel | 600 East Broward Blvd. #1130 | Ft. Lauderdale | FL | 33394 | $581.52 |
| 601 | 1784 | Allure | 6500 NW 72 Avenue | | Miami | FL | 33166 | $117.91 |
| 607 | 1785 | Rene Bargueiras Inc. | 520 N. Central Avenue, Suite 680 | | Glendale | CA | 91203 | $156.41 |
| 611 | 1787 | Hertz Penske Truck Leasing, Inc. | P.O. Box 105040 | | Tucker | GA | 30085 | $32.13 |
| 675 | 1797 | Clyde Duneier Inc. | Lefkowitz & Edelstein | 501 Madison Ave #27 | New York | NY | 10022 | $200.71 |
| 680 | 1799 | China Pearl Import | Graven Perry Block et al | 523 W 6th St 31130 | Los Angeles | CA | 90014 | $183.89 |
| 684 | 1800 | Winsome Tradings, Inc. | 7023 NE 175 Street | | Bothell | WA | 97801 | $31.22 |
| 688 | 1801 | Markowitz Jewelry Company | 37 West 47th Street | | New York | NY | 10036 | $390.90 |
| 719 | 1804 | Excell Mfg Company | 200 Chesnut Street | | Providence | RI | 02903 | $87.34 |
| 729 | 1807 | Seiko Instruments USA, Inc. | c/o Total Lectronix Larry Cohen | 3000 E. Sunrise Blvd. Suite 14G | Ft. Lauderdale | FL | 33304 | $39.83 |
| 733 | 1919 | Prime Leasing, Inc. | | | | | | $419.37 |
| 737 | 1810 | Diamlink | 576 Fifth Avenue | | New York | NY | 10036 | $88.14 |
| 764 | 1816 | Funai USA Corp | Attn J Phillips | 100 North Street | Teterboro | NJ | 07608 | $15.56 |
| 776 | 1822 | Monix USA | 78824 NW 84th Terrace | | Tamarac | FL | 33321 | $22.79 |
| 779 | 1823 | Quantex Diamonds, Inc/ | c/o Abraham Friedman, Esq. | 1671 53rd Street | Brooklyn | NY | 11204 | $55.53 |
| 789 | 1824 | Cardinal Inc. | 1421 Pinewood Street | | Rahway | NJ | 07065 | $24.29 |
| 801 | 1826 | Jose Luis Alvarez | 9350 S. Dixie Hwy #1420 | | Miami | FL | 33156 | $294.25 |
| 802 | 1827 | D.S. Industries, Inc. | 501 Madison Ave | | New York | NY | 10022 | $81.83 |
| 816 | 1830 | Lidia Jimenez | c/o Jay Koretsky | 20350 NW 2 Avenue | Miami | FL | 33169 | $44.13 |
| 818 | 1831 | Karew, Inc. | P.O. Box 929 | | Bristol | RI | 02809 | $30.50 |
| 852 | 1834 | Dooley & Mack Construction Inc. | 2750 Stickney Point Rd #201 | | Sarasota | FL | 34231 | $6.64 |
| 859 | 1837 | Lucio Mandler et al | c/o E F Martinez | 701 Brickell Ave # 2000 | Miami | FL | 33131 | $17.31 |
| 863 | 1839 | Premium Assignment Corporation | 3522 Thomasville Road | P.O. Box 3066 | Tallahassee | FL | 32315-3066 | $182.12 |
| 864 | 1840 | Cargil International Group | c/o Philip M. Hudson Esq. | 6812 NW 77th Court | Miami | FL | 33166 | $126.20 |
| 865 | 1841 | Majestic Designs | 202 Merrick Rd | | Rockville Center | NY | 11571 | $27.52 |
| 869 | 1842 | Rubin Baum Levin Constant | Friedman and Bilzin | 2500 SE Financial Center | Miami | FL | 33131 | $83.88 |
| 871 | 1843 | Fidelty & Deposit Co | 1050 Crowne Pt Pkwy #1200 | | Atlanta | GA | 30338 | $181.25 |
| 873 | 1844 | Harris Potteries | 650-C Anthony Trail | | Northbrook | IL | 60062 | $6.15 |
| 875 | 1845 | Wong's International | c/o Rosenfeld Jacobs & King | 1133 Avenue of the Americas #3825 | New York | NY | 10036 | $59.84 |
| 888 | 1846 | PR Press Inc. | 1445 N. Miami Ave | | Miami | FL | 33136 | $9.29 |
| 893 | 1847 | Lucent Technologies, Inc. | 5 Wood Hollow Rd #1J17 | | Parsippany | NJ | 07054 | $115.15 |
| 908 | 1851 | Perfumania | Attn: Jerome Falic | 11701 NW 101 Rd | Miami | FL | 33178 | $3,531.02 |

Page 3 of 4

L. Luria & Son, Inc., Liquidating Trust

Exhibit A

| Claim Number | Check No. | Claimant Name | Claimant Address 1 | Claimant Address 2 | City | State | Zip | Amount of Disbursement |
|---|---|---|---|---|---|---|---|---|
| 916 | 1852 | Heritage Industries Ltd | P.O. Box 1247 | | Northbrook | IL | 60065 | $21.54 |
| 919 | 1853 | Roshco Inc. | c/o Rosman Adj Corp | | Northbrook | IL | 60065 | $36.00 |
| 926 | 1855 | Marka International Inc, | 4500 Dixie Rd., 11B | | Mississauga Ontario | Canada | | $36.11 |
| 937 | 1858 | GMS Imports Inc. | c/o K Welt, Trustee | 3790 N 28 Terrace | Hollywood | FL | 33020 | $63.68 |
| 949 | 1861 | Reina T. Morales | 5600 N Ocean Drive | | Hollywood | FL | 33019 | $5.17 |
| 951 | 1862 | Cousins Properties, Inc. | c/o John J. Wiles | 1850 Pkwy Pl #800 | Marietta | GA | 30067 | $668.78 |
| 963 | 1925 | Watch Great Oak Inc. | c/o Gunster Yaokley & Stewart, P.A. | PO Box 4587 | West Palm Beach | FL | 33402 | $147.13 |
| 982 | 1865 | Zack Sparber Kosnitsky et al | Mitchell Mandler | 100 Se 2nd Avenue #2800 | Miami | FL | 33131 | $117.69 |
| 1024 | 1870 | Lenox China, Inc. | 6278 Palm Vista Street | | Daytona Beach | FL | 32124 | $166.64 |
| 1027 | 1871 | Tri County Plaza Assoc Ltd | c/o Marcie Gettleman, Esq. | 2875 NE 191 Street #400 | Aventura | FL | 33180 | $1,200.80 |
| 1033 | 1872 | Edward Kellner | 118 Sherwood Drive | | Royal Pam Beach | FL | 33411 | $12.51 |
| 1070 | 1875 | Cosmo Communications Corp. | 16501 NW 16 Court | | Miami | FL | 33169 | $6.54 |
| 1083 | 1876 | Pur Drinking Water Systems | c/o recovery Engineering Inc. | 9300 75th Ave. N. | Minneapolis | MN | 55428 | $18.67 |
| 1106 | 1471 | Almonique Moss | | | | | | $100.00 |
| 1144 | 1879 | Robin Pace | c/o David Rosenberg | 3876 Sheridan Street | Hollywood | FL | 33021 | $73.56 |
| 1158 | 1882 | Liberty Mutual Insurance Company | 100 Liberty Way | P.O. Box 1525 | Dover | NH | 03821-1525 | $328.37 |
| 1169 | 1883 | Premium Assigment Corporation | 3522 Thomasville Road | P.O. Box 3066 | Tallahassee | FL | 32315-3066 | $297.90 |
| 1189 | 1885 | Whitewood Trading Company | c/o Depco Robert Benjamin | 3215 Washinton Road | West Palm Beach | FL | 33405 | $228.24 |
| 1201 | 1890 | Maroussia Reid | 5000 Town Center #1404 | | Southfield | MI | 48075 | $8.83 |
| 1214 | 1896 | United Healthcare of Florida | 450 Columbus Drive | P.O. Box 150450 | Hartford | CT | 06115 | $431.19 |
| 1215 | 1897 | Sunstone, Inc. | 2022 Dempster Street | | Evanston | IL | 60202 | $267.30 |
| 1219 | 1899 | Jerry Kohn Inc. | c/o Mr. Ronald Kohn | 232 Madison Ave | New York | NY | 10016 | $64.74 |
| 260A | 1661 | Dan Furhrman | 16711 Collins Avenue, #2108 | | Miami Beach | FL | 33160 | $35.76 |
| 260A | 1915 | Dan Furhrman | 16711 Collins Avenue, #2108 | | Miami Beach | FL | 33160 | $35.76 |
| 260A | 1916 | Dan Furhrman | 16711 Collins Avenue, #2108 | | Miami Beach | FL | 33160 | $35.76 |
| 284A | 1678 | RPC General SPC, Inc. | c/o Angela Retterbush | 121 W Forsyth St #200 | Jacksonville | FL | 32202 | $69.90 |
| 762A | 1921 | Rosalyn Kramer | 1170 6th Avenue | Villa 30D | Vero Beach | FL | 32960 | $34.53 |
| 910A | 1923 | Norma Stoltz | 8294 E Club Rd | | Boca Raton | FL | 33433 | $31.18 |
| | | | | | TOTAL | | | $28,458.82 |